

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00375-CR

Charles D. **TUTTOILMONDO** Jr.,
Appellant

v.

The **State** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2246
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Appellant has filed a brief in which he contends the trial court abused its discretion by denying his motion to suppress his statements on the ground that they were not voluntarily made. The record does not contain the trial court's findings and conclusions on the voluntariness issue.

The trial court is required to make written findings of fact "in all cases concerning voluntariness." *Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013). The court was obligated "to make findings and conclusions that were adequate and complete, covering every potentially dispositive issue that might reasonably be said to have arisen in the course of the suppression proceedings." *State v. Elias*, 339 S.W.3d 667, 676 (Tex. Crim. App. 2011). This court may not imply findings in support of the trial court's suppression order. *See id.* When the trial court fails to make such findings, the proper remedy is for the appellate court to abate the appeal and remand to the trial court for the entry of written findings. *Green v. State*, 906 S.W.2d 937, 939-40 (Tex. Crim. App. 1994)

We therefore **abate** this appeal and remand it for the trial court to make the findings of fact and conclusions of law required by section 6 of article 38.22. We **order** the trial court to make its written findings **not later than September 4, 2018** and **order** the clerk of the trial court to file the findings and conclusions with this court in a supplemental record **not later than September 6, 2018**.

It so ORDERED on this 17th day of August, 2018.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court